## WEIDEKIND v. TUOLUMNE CO. WATER CO.

### No. 11,446; August 31, 1886.

#### 12 Pac. 387.

**Waters—Negligence of Water Company in Repairing Dam.—** The evidence in this case failed to show that defendant, a water company, had not used proper care in repairing its dam, the breaking of which injured plaintiff's mining claim, and washed away his tools; and the judgment in plaintiff's favor for damages was reversed, and a new trial ordered.

APPEAL from Superior Court, Tuolumne County.

Action against a water company to recover damages for the filling up plaintiff's mining claim, and the washing away of his tools, etc., by the breaking of the company's dam, owing to its negligence in not keeping it in proper repair. Verdict and judgment for plaintiff. Defendant appeals.

Frank W. Street for appellant; E. A. Rodgers for respondent.

By the COURT.—The verdict is not sustained by the evidence. The instructions given show no error.

Judgment and order reversed and cause remanded for a new trial.